# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

      vs                                       Criminal No. 3:09 CR 111 (PCD)

QUENIDA ANDELIZ

## ORDER APPOINTING COUNSEL

_____IT IS HEREBY ORDERED that Attorney Charles F. Willson, of Nevins & Nevins, 102 Connecticut Blvd., East Hartford, CT 06108, is hereby appointed as counsel to represent the defendant in this case.

      SO ORDERED.

      Dated at New Haven, Connecticut, February 18, 2010.

                    /s/_____
                                   Peter C. Dorsey, Senior
                                   United States District Judge